# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LEE MCNAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 22-2204 (UNA) |
| | ) |
| GOVERNMENT OF NORTH CAROLINA *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has not complied with the orders, ECF Nos. 3, 9, to provide a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint. His response to the latest order, ECF No. 11, offers no cogent excuse.

Accordingly, it is

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2 is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2).

_____/s/_____
AMY BERMAN JACKSON
United States District Judge

Date: December 7, 2022